# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
|  | SIEFERT JACOB ALLEN | ***-**-3315 | E04 | 160601 | 06 | 240510 | AFRES | 3800 | CHK DT 230412 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
| A BASIC PAY | 405.24 | FICA TAX | 31.01 | | | +TOT ENT | 405.24 |
| B | | SGLI | 31.00 | | | | |
| C | | DEBT PAYMENT | 51.48 | | | -TOT DED | 113.49 |
| D | | | | | | -TOT ALMT | |
| E | | | | | | =NET AMT | 291.75 |
| F | | | | | | | |
| G | | | | | | -CR FWR | |
| H | | | | | | | |
| I | | | | | | =EOM PAY | |
| J | | | | | | | |
| K | | | | | | DIEMS | RET PLAN |
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| TOTAL | 405.24 | | 113.49 | | | | |

| | Wage Period | Wage YTD | M/S/H | Mult Jobs | Dep 17 Under | Other Dep | Add'l Tax | Other Deds | Other Income | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| FED TAXES | 405.24 | 1197.88 | M | N | 00 | 00 | .00 | .00 | .00 | .00 |

| | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | 405.24 | 1197.88 | 74.27 | 1197.88 | 17.37 | | FL | 405.24 | 1197.88 | M | 00 | .00 |

| | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAY DATA | W DEP | SPOUSE | 00000 | | | | | | | | | B | |

| | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| TRADITIONAL PLAN (TSP) | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |
| ROTH PLAN | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| | YTD Deductions | YTD TSP Deferred | YTD TSP Exempt | YTD ROTH | YTD TSP AGCY-AUTO | YTD TSP AGCY-MATCH |
|---|---|---|---|---|---|---|
| CONTRIBUTIONS TOTALS | .00 | .00 | .00 | .00 | .00 | .00 |

| | AGCY-AUTO | AGC-MATCH | LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CM AGCY CONTR | .00 | .00 | | .0 | .0 | 0 | .0 | | .0 | .0 | .0 |

**REMARKS:**   YTD ENTITLE 1197.88     YTD DEDUCT 294.51

YOUR CHECK WAS SENT TO: L
DIRECT DEPOSIT DATE: 04/12/23  AMOUNT: $291.75
* AS OF 01 DEC 20, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
GOVT TRAVEL CARD-DEBT  DEBT BALANCE $2,248.90
ORIGINAL DEBT $2,345.77 05 JAN 23 05 JAN 23
UNPAID DEBT BALANCE *TOTAL*: $2,248.90
TOTAL PERFORMANCE FY 23: UTA 20 AFTP 00 PT/RMP 00 AT/ADT 000
FHDA 000
INACTIVE DUTY TRAINING  31 MAR 23 1  31 MAR 23 2  01 APR 23 1
INACTIVE DUTY TRAINING  01 APR 23 2
YOUR CURRENT STATE CLAIMED IS: FLORIDA

SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE: $500,000
YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE:  NONE
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME
TAX PURPOSE. CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM
2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
FROM SEP THROUGH DEC 2020 WITHHOLDING OF THE SOCIAL SECURITY
PORTION OF YOUR FICA TAX WILL BE DEFERRED IF YOUR MONTHLY BASIC
PAY RATE IS LESS THAN $8,666.66. THE DEFERRED TAXES WILL BE
COLLECTED FROM JAN 1 THRU APR 30, 2021. FOR MORE INFO VISIT
HTTP://WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL/

WWW.DFAS.MIL

DFAS Form 702, Jan 02

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | SIEFERT JACOB ALLEN | ***-**-3315 | E04 | 160601 | 07 | 240510 | AFRES | 3800 | CHK DT 230927 |

## ENTITLEMENTS / DEDUCTIONS / ALLOTMENTS / SUMMARY

| | Type | Amount | Type | Amount | Type | Amount | Summary | Amount |
|---|---|---|---|---|---|---|---|---|
| A | BASIC PAY | 405.24 | FICA TAX | 31.00 | | | +Amt Fwd | |
| B | | | SGLI | 31.00 | | | +TOT ENT | 405.24 |
| C | | | DEBT PAYMENT | 124.00 | | | | |
| D | | | | | | | -TOT DED | 186.00 |
| E | | | | | | | | |
| F | | | | | | | -TOT ALMT | |
| G | | | | | | | | |
| H | | | | | | | =NET AMT | 219.24 |
| I | | | | | | | | |
| J | | | | | | | -CR FWR | |
| K | | | | | | | | |
| L | | | | | | | =EOM PAY | |
| M | | | | | | | | |
| N | | | | | | | DIEMS | RET PLAN |
| O | | | | | | | | |
| | TOTAL | 405.24 | | 186.00 | | | | |

| | Wage Period | Wage YTD | M/S/H | Mult Jobs | Dep 17 Under | Other Dep | Add'l Tax | Other Deds | Other Income | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| FED TAXES | 405.24 | 1603.12 | M | N | 00 | 00 | .00 | .00 | .00 | .00 |

| | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | 405.24 | 1603.12 | 99.39 | 1603.12 | 23.25 | TAXES | FL | 405.24 | 1603.12 | M | 00 | .00 |

| | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAY DATA | W DEP | SPOUSE | 00000 | | | | | | | | | B | |

| | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| TRADITIONAL PLAN (TSP) | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |
| ROTH PLAN | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| | YTD Deductions | YTD TSP Deferred | YTD TSP Exempt | YTD ROTH | YTD TSP AGCY-AUTO | YTD TSP AGCY-MATCH |
|---|---|---|---|---|---|---|
| CONTRIBUTIONS TOTALS | .00 | .00 | .00 | .00 | .00 | .00 |

| | AGCY-AUTO | AGC-MATCH | LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CM AGCY CONTR | .00 | .00 | | .0 | .0 | 0 | .0 | | .0 | .0 | .0 |

**REMARKS:**  YTD ENTITLE 1603.12    YTD DEDUCT   480.51

YOUR CHECK WAS SENT TO:
DIRECT DEPOSIT DATE: 09/27/23   AMOUNT: $219.24
* AS OF 01 DEC 20, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
SERV GP LIFE INSURANCE  DEBT BALANCE   $.00
ORIGINAL DEBT   $31.00 22 MAY 23 22 MAY 23
SERV GP LIFE INSURANCE  DEBT BALANCE   $.00
ORIGINAL DEBT   $31.00 22 JUN 23 22 JUN 23
SERV GP LIFE INSURANCE  DEBT BALANCE   $.00
ORIGINAL DEBT   $31.00 24 JUL 23 24 JUL 23
SERV GP LIFE INSURANCE  DEBT BALANCE   $.00
ORIGINAL DEBT   $31.00 24 AUG 23 24 AUG 23
UNPAID DEBT BALANCE *TOTAL*:   $.00
TOTAL PERFORMANCE FY 23: UTA 24 AFTP 00 PT/RMP 00 AT/ADT 000
FHDA 000

INACTIVE DUTY TRAINING  26 AUG 23 1  26 AUG 23 2  27 AUG 23 1
INACTIVE DUTY TRAINING  27 AUG 23 2
YOUR CURRENT STATE CLAIMED IS: FLORIDA
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE: $500,000
YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE:  NONE
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME
TAX PURPOSE.  CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM
2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
FROM SEP THROUGH DEC 2020 WITHHOLDING OF THE SOCIAL SECURITY
PORTION OF YOUR FICA TAX WILL BE DEFERRED IF YOUR MONTHLY BASIC
PAY RATE IS LESS THAN $8,666.66. THE DEFERRED TAXES WILL BE
COLLECTED FROM JAN 1 THRU APR 30, 2021. FOR MORE INFO VISIT
HTTP://WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL/

WWW.DFAS.MIL

DFAS Form 702, Jan 02

(Old) RHIZOME ACTION NETWORK, INC
1403 NE 82nd St
Seattle WA 98115

Pay Stub Detail
PAY DATE: 08/25/2023
NET PAY: $3,973.45

Amina N. Kamau
1504 Sharon Road
Tallahassee FL 32303

**EMPLOYER**
(Old) RHIZOME ACTION NETWORK, INC
1403 NE 82nd St
Seattle WA 98115

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 08/01/2023 |
| Period Ending: | 08/31/2023 |
| Pay Date: | 08/25/2023 |

**EMPLOYEE**
Amina N. Kamau
1504 Sharon Road
Tallahassee FL 32303

**NET PAY:** $3,973.45
$3,973.45

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 4,750.00 | 4,750.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 413.17 | 413.17 |
| Social Security | 294.50 | 294.50 |
| Medicare | 68.88 | 68.88 |
| WA Workers' Compensation Tax | 0.00 | 0.00 |
| WA Paid Family and Medical Leave EE | 0.00 | 0.00 |
| WA Cares Fund Employee | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $4,750.00 | $4,750.00 |
| Taxes | $776.55 | $776.55 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $3,973.45

(Old) RHIZOME ACTION NETWORK, INC
1403 NE 82nd St
Seattle WA 98115

Pay Stub Detail
PAY DATE: 09/15/2023
NET PAY: $2,227.79

Amina N. Kamau
1504 Sharon Road
Tallahassee FL 32303

**EMPLOYER**
(Old) RHIZOME ACTION NETWORK, INC
1403 NE 82nd St
Seattle WA 98115

**PAY PERIOD**
Period Beginning: 08/29/2023
Period Ending: 09/13/2023
Pay Date: 09/15/2023

**EMPLOYEE**
Amina N. Kamau
1504 Sharon Road
Tallahassee FL 32303

NET PAY: $2,227.79
$2,227.79

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,708.33 | 7,458.33 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 273.35 | 686.52 |
| Social Security | 167.92 | 462.42 |
| Medicare | 39.27 | 108.15 |
| WA Workers' Compensation Tax | 0.00 | 0.00 |
| WA Paid Family and Medical Leave EE | 0.00 | 0.00 |
| WA Cares Fund Employee | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,708.33 | $7,458.33 |
| Taxes | $480.54 | $1,257.09 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$2,227.79** | |

(Old) RHIZOME ACTION NETWORK, INC
1403 NE 82nd St
Seattle WA 98115

Pay Stub Detail
PAY DATE: 09/30/2023
NET PAY: $2,227.80

Amina N. Kamau
1504 Sharon Road
Tallahassee FL 32303

**EMPLOYER**
(Old) RHIZOME ACTION NETWORK, INC
1403 NE 82nd St
Seattle WA 98115

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 09/14/2023 |
| Period Ending: | 09/28/2023 |
| Pay Date: | 09/30/2023 |

**EMPLOYEE**
Amina N. Kamau
1504 Sharon Road
Tallahassee FL 32303

NET PAY: $2,227.80
$2,227.80

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,708.33 | 10,166.66 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 273.35 | 959.87 |
| Social Security | 167.91 | 630.33 |
| Medicare | 39.27 | 147.42 |
| WA Workers' Compensation Tax | 0.00 | 0.00 |
| WA Paid Family and Medical Leave EE | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,708.33 | $10,166.66 |
| Taxes | $480.53 | $1,737.62 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$2,227.80** | |