UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

JACOB ALLEN SIEFERT,            Case No.: 23-40403-KKS
                                                            Chapter: 13

      Debtor.

_____/

**OBJECTION TO CONFIRMATION OF**
**CHAPTER 13 PLAN**

loanDepot.com, LLC ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Debtor's Chapter 13 Plan (the "Plan") (Doc. No. 2) and in support thereof states:

1. <u>Debtor's Bankruptcy Case:</u>  This case was commenced by the filing of a voluntary Chapter 13 petition on October 13, 2023 (the "Petition Date") by Jacob Allen Siefert (the "Debtor").

2. <u>Collateral:</u>  Secured Creditor holds a mortgage lien against the Debtor's real property located at 1504 Sharon Road, Tallahassee, FL 32303 (the "Property").

3. <u>Secured Creditor's Claim</u>:  Secured Creditor has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the arrearage is $52,000.00.

4. <u>Plan Treatment:</u>  The Debtor's Plan proposes the Mortgage Modification Mediation ("MMM") Program and provides a monthly adequate protection payment in the amount of $1,455.00.

5. <u>MMM Motion:</u>  The Debtor's Plan indicates that the Debtor wishes to participate in the MMM Program. However, no Motion for MMM has been filed. At this time,

---

McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

the Debtor bound to the original terms of the note and mortgage. Therefore, the Secured Creditor contends that the Debtor's Plan is not in compliance with the requirements of 11 U.S.C. § 1322(b)(3).

6. <u>Secured Creditor does not Consent to the Plan:</u>   Secured Creditor does not consent to the treatment of its claim as proposed by the Debtor's Plan.  Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

7. <u>Attorney's Fees and Costs:</u>   Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

8. <u>Objection:</u>   Finally, as stated the MMM Process has not materialized as yet. As such, Secured Creditor also files this Objection to preserve its rights in regards to a plan that does not conform to a timely filed Proof of Claim by the Secured Creditor.

WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtor's Chapter 13 Plan, unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLC

By:    */s/Reka  Beane*
Reka  Beane
Florida Bar No. 52919
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: 954-332-9370
Email: Reka.Beane@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on 10/30/2023 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Jacob Allen Siefert, 1161 Ocala Road, Tallahassee, FL 32304.

By: /s/Reka Beane
Reka Beane

- India Footman, Esq.      indiafootman@footmanlaw.com
- Leigh A. Duncan           ldhdock@earthlink.net
- United States Trustee – ORL7/13    USTP.Region21.OR.ECF@usdoj.gov

McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301