UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 23-40403-KKS

In re : Jacob Allen Siefert,                                  Chapter 13

    Debtor.

_____/

### NOTICE OF ADEQUATE PROTECTION PAYMENTS

Debtor files this Notice of Adequate Protection Payments in accordance with Chapter 13 Standing Order No. 19 for the secured creditors as follows:

| Creditor/Address | Collateral | Payment Amount |
| --- | --- | --- |
| LoanDepot<br>Attn: Bankruptcy<br>26642 Towne Center<br>Foothill Ranch CA 92610-0000 | House- 1161 Ocala Road, Tallahassee, FL 32304 | A sum of $1,455.00 monthly from the time of filing. |

The above listed payment shall be made by the Office of the Chapter 13 Trustee as reflected above until this Court orders otherwise or by confirmation of the Plan.

Dated: November 10, 2023                                  RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq,
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or NEF on November 10, 2023 to the following:

Leigh A. Duncan on behalf of Trustee Leigh A. Duncan
ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

LoanDepot
Attn: Bankruptcy
26642 Towne Center
Foothill Ranch CA 92610-0000

           RESPECTFULLY SUBMITTED,

           /s/ India Footman
           India Footman, Esq,
           Footman Law Firm, P.A.
           1345 Cross Creek Circle
           Tallahassee, FL 32301
           Phone: (850) 597-7396
           Fax: (850) 888-8819
           Fla. Bar No. 105905
           Attorney for Debtor