**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                    CASE NO: 23-40403-KKS
                                                              CHAPTER 13
JACOB ALLEN SIEFERT


_____
                Debtor                             /

**CHAPTER 13 TRUSTEE'S**
**OBJECTION(S) TO CONFIRMATION OF**
**CHAPTER 13 PLAN (ECF NO. 15)**

**COMES NOW**, LEIGH A. DUNCAN, Chapter 13 Trustee, by and through

her undersigned attorneys, and objects to confirmation of the *Chapter 13 Plan*

("Plan", ECF No. 15) for the following reasons:

1.  The Debtor is delinquent.  The Plan payment of $1,675.00 was due on

    November 12, 2023, and the Debtor has not made a Plan payment.

2.  The Debtor lists his only real property as 1161 Ocala Road, Tallahassee,

    Florida. This property is also not claimed as homestead.   The Leon County

    Property Appraiser's site lists the owner of this townhouse as Christina

    Culver, and the value is inconsistent with the Debtor's valuation.  However,

    in the Official Records of Leon County, Florida at O.R. Book 5400, Page

    296, a deed is recorded on January 8, 2020 for the property located at 1504

Sharon Road, Tallahassee, Florida, with the Grantees being Jacob Siefert and Amina Kamau, husband and wife.  The property is not claimed as homestead, and the internet lists this property as rental property.  In addition, the Debtor listed his address as 9217 Hampton Glen Court, Tallahassee, Florida.  The Debtor is acting in bad faith by failing to list this property and the rental income.  The rental income is not listed on the tax returns of the Debtor.  The Trustee has not received a copy of the Lease Agreement on this property.

3.  The Debtor's income on his schedules is inconsistent with the income of his tax returns.  Further, records of the State of Florida Secretary of State list the Debtor as a Board Member of Courtroom Accountability Project Inc.  The Trustee has not been provided copies of the tax returns for this corporation and details on income the Debtor receives from this company or any bills the company pays for the Debtor.

4.  The Creditor, loanDepot.com, LLC, has filed its *Objection to Confirmation of Chapter 13 Plan* (ECF No. 20) stating that according to preliminary figures the mortgage arrearage on the property at 1504 Sharon Road is $52,000.00.

5.  It is unclear if the Debtor has invested funds in the real property located at 4227 Dacca Drive, Houston, Texas.

6.   The records of the State of Florida Department of Agriculture and Consumer

Services lists an active private investigator license (License No. CC3100281)

for the Debtor.

7.   The Debtor has failed to file the required certifications on domestic support

and tax returns.

8.   The Trustee reserves her right to object to the expenses until after the income

is confirmed and the expiration of the bar date for filing Proofs of Claim.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850)681-2734 "Telephone"
(850)681-3920 "Facsimile"

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to the persons/entities listed on the attached Exhibit "A", on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh A. Duncan

OFFICE OF CHAPTER 13 TRUSTEE

# Exhibit "A"

JACOB ALLEN SIEFERT
1161 OCALA ROAD
TALLAHASSEE, FL  32304


INDIA FOOTMAN
FOOTMAN LAW FIRM, P. A.
1345 CROSS CREEK CIRCLE
TALLAHASSEE, FL  32301