FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Jacob Allen Siefert
    SSN/ITIN: xxx–xx–3315
    Debtor

Bankruptcy Case No.:  23–40403–KKS

Chapter:  13
Judge:  Karen K. Specie

**Notice of Non–Evidentiary Hearing**

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on February 7, 2024, at 09:30 AM, ***Eastern Time***, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

    ***24*** – Motion to Dismiss Case for Failure to Make Plan Payments Filed by Trustee Leigh A. Duncan ECF Calculated Deadline: 1/2/2024. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Duncan, Leigh)

Dated: January 10, 2024

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Leigh Duncan shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.