# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:                                                    CASE NO.: 23-40403-KKS
                                                          CHAPTER 13

JACOB ALLEN SIEFERT


_____Debtor_____/

## CHAPTER 13 TRUSTEE'S CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the attached document has

been sent by first class mail to:

JACOB ALLEN SIEFERT
1161 OCALA ROAD
TALLAHASSEE, FL 32304

and by the court's current CM/ECF notice of electronic filing to:

INDIA FOOTMAN
Attorney for Debtor(s)
indiafootman@footmanlaw.com

OFFICE OF UNITED STATES TRUSTEE
USTPRegion21.TL.ECF@usdoj.gov

on the date reflected on Court's docket as the electronic filing date for this document.


/s/Leigh A. Duncan_____
    OFFICE OF CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    ldhecf@earthlink.net
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"

FORM nhgnrlp (Rev. 10/20)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

In Re:  Jacob Allen Siefert
   SSN/ITIN: xxx−xx−3315
   Debtor

Bankruptcy Case No.:  23−40403−KKS

Chapter:  13
Judge:  Karen K. Specie

## Notice of Non−Evidentiary Hearing

  PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on February 7, 2024, at 09:30 AM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

   *24* − Motion to Dismiss Case for Failure to Make Plan Payments Filed by Trustee Leigh A. Duncan ECF Calculated Deadline: 1/2/2024. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Duncan, Leigh)

Dated: January 10, 2024

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Leigh Duncan shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.