**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:  CASE NO: 23-40403-KKS
CHAPTER 13

JACOB ALLEN SIEFERT

_____Debtor_____ /

**CHAPTER 13 TRUSTEE'S**
**OBJECTION(S) TO CONFIRMATION OF**
**CHAPTER 13 PLAN (ECF NO. 15)**

**COMES NOW**, LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and objects to confirmation of the *Chapter 13 Plan* ("Plan", ECF No. 15) for the following reasons:

1. The Debtor is delinquent. The Debtor should have paid $6,700.00 to the Trustee; however, the Trustee has only received $3,350.00 from the Debtor. A *Stipulated Order on Chapter 13 Trustee's Motion to Dismiss* (ECF No. 32) was entered on February 8, 2024, allowing the Debtor until March 9, 2024, to bring the plan payments current.

2. The Debtor lists his only real property as 1161 Ocala Road, Tallahassee, Florida. This property is also not claimed as homestead. The Leon County Property Appraiser's site lists the owner of this townhouse as Christina

Culver, and the value is inconsistent with the Debtor's valuation. However, in the Official Records of Leon County, Florida at O.R. Book 5400, Page 296, a deed is recorded on January 8, 2020, for the property located at 1504 Sharon Road, Tallahassee, Florida, with the Grantees being Jacob Siefert and Amina Kamau, husband and wife. The property is not claimed as homestead, and the internet lists this property as rental property. In addition, the Debtor listed his address as 9217 Hampton Glen Court, Tallahassee, Florida. The Debtor is acting in bad faith by failing to list this property and the rental income. The rental income is not listed on the tax returns of the Debtor. The Trustee has not received a copy of the Lease Agreement on this property.

3. The Debtor's income on his schedules is inconsistent with the income of his tax returns. Further, records of the State of Florida Secretary of State list the Debtor as a Board Member of Courtroom Accountability Project Inc. The Trustee has not been provided copies of the tax returns for this corporation, details on income the Debtor receives from this company, or any bills the company pays for the Debtor.

4. The Trustee reserves her right to object to the expenses until after the income is confirmed and the expiration of the bar date for filing Proofs of Claim.

5. The creditor, loanDepot.com, LLC, has filed its *Objection to Confirmation of*

*Chapter 13 Plan* (ECF No. 20) stating that according to preliminary figures the mortgage arrearage on the property at 1504 Sharon Road is $52,000.00. The creditor's Proof of Claim reflects a mortgage arrearage of $64,600.50. The Plan states that the mortgage arrearage will be cured in mortgage modification, but no motion for Mortgage Modification Mediation has been filed with the Court.

6. The Plan fails to provide for the post-petition fees totaling $900.00 as reflected in the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by the mortgage creditor on January 5, 2024.

7. The Plan provides for payment of the priority claim of the Internal Revenue Service in the amount of $1,500.00. The creditor's filed Proof of Claim reflects a priority claim amount of $1,510.03.

8. The Plan provides for distribution to the unsecured creditors of at least $1,375.00; however, the Plan base is not sufficient to pay all allowed secured, priority and administrative claims, as the filed and scheduled claims total approximately $164,905.55 and the Plan provides for a Plan base of only $107,916.00.

9. The Plan provides for attorney's fees in excess of $4,000.00. The Trustee has no authority to hold funds in anticipation of an attorney's fee application, and

will not hold any funds absent a filed motion for fees.

10. It is unclear if the Debtor has invested funds in the real property located at 4227 Dacca Drive, Houston, Texas.

11. The records of the State of Florida Department of Agriculture and Consumer Services lists an active private investigator license (License No. CC3100281) for the Debtor.

12. The Debtor has failed to file the required certifications on domestic support obligation(s) and filing of tax returns.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850)681-2734 "Telephone"
(850)681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to the persons/entities listed on the attached Exhibit "A", on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE

# Exhibit "A"

JACOB ALLEN SIEFERT
1161 OCALA ROAD
TALLAHASSEE, FL  32304


INDIA FOOTMAN
FOOTMAN LAW FIRM, P. A.
1345 CROSS CREEK CIRCLE
TALLAHASSEE, FL  32301