FLNB Local Form 3 (07/18)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE       DIVISION

In re:

Jacob Allen Siefert

Case No.: 23-40403-KKS

Chapter: 13

Debtor(s)

### VERIFIED EX PARTE MOTION FOR
### MORTGAGE MODIFICATION MEDIATION ("MMM")
### - PARTIES REPRESENTED BY AN ATTORNEY

The Debtor(s) request entry of an order referring the Debtor and Lender,

loanDepot.com, LLC

("Lender") to Mortgage Modification Mediation ("MMM"), and alleges:

1. Debtor is an individual who filed for bankruptcy relief under, or converted to chapter 13 on October 13, 2023.

2. Debtor requests MMM for real property ("Property") located at the following street address: 1161 Ocala Road, Tallahassee, FL 32304

   a. The account number(s) for this Property is 8093 (last four digits of all account numbers for the same Lender).

   b. The Property is (check one box):

   ⦿ The Debtor's primary residence

   ◯ Not the Debtor's primary residence

   c. The Lender's full name and current address are:

   loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024

\* All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

1

    d. Borrowers obligated on the promissory note and mortgage on the Property are:

        ⦿ Debtor only

        ○ Debtor and non-filing co-obligor/co-borrower/third party (within ten (10) days of the date of this Order, debtor must provide Lender the names, addresses, telephone numbers, and email addresses, if any, of any non-Debtors who are co-obligors, co-borrowers, or third parties to the obligation(s) to be modified.)

3. **Debtor and debtor's counsel shall comply with the procedures and guidelines contained within *Amended Administrative Order 15-001* available at www.flnb.uscourts.gov/mortgage-modification-mediation.**

4. Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the MMM program. Unless otherwise ordered, the parties shall use a secure Portal (the "Portal") authorized pursuant to *Amended Administrative Order 15-001* for the submission of all documents related to the MMM process. The parties may communicate outside the Portal orally, but all written communication shall occur through the Portal.

5. Prior to filing this motion, Debtor or Debtor's attorney has collected all of the required supporting documentation along with the appropriate modification forms via the MMM Portal. Within seven (7) days after the selection of a Mediator or the Lender's registration on the MMM Portal, the Debtor or Debtor's attorney shall upload and submit through the MMM Portal all forms needed for MMM with the Lender, and shall pay the non-refundable MMM Portal submission fee; and will upload this Order to the MMM Portal as part of the submission of Debtor's documentation.

6. The Debtor certifies that the Debtor's portion of the required mediator's fee is in hand, or has been remitted to Debtor's attorney. Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

7. The Debtor's filing fee for this case and any prior case filed in this district has been paid in full or has been waived by court order.

Wherefore, Debtor requests the entry of an order granting this Ex Parte Motion, and requests such other and further relief as this Court deems just and proper.

March 3, 2024

Date

/s/ India Footman, Esq.

Bar No.: 105905

India Footman, Esq.

Footman Law Firm, P.A.

5012 Susannah Dr.

Tallahassee, FL 32301

850-597-7396

### DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

DATE: /s/ Jacob Allen Siefert

/s/ Jacob Allen Siefert

Debtor

Joint Debtor

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re : Jacob Allen Siefert,

CASE NO.: 23-40403-KKS
Chapter 13

Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on March 3, 2024, to the following person(s) at the email address(es) noted herein:

   Reka Beane on behalf of Creditor LoanDepot.com, LLC
   Reka.Beane@mccalla.com, mccallaecf@ecf.courtdrive.com

   Leigh A. Duncan
   ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

   Toni Townsend on behalf of Creditor LoanDepot.com, LLC
   toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

   United States Trustee
   USTPRegion21.TL.ECF@usdoj.gov

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail on March 3, 2024, to:

   loanDepot.com, LLC
   5465 Legacy Drive, Suite 400
   Plano, TX 75024

/s/ India Footman
India Footman, Esq.
*Attorney for Debtor*