UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.:   23-40403-KKS
Chapter 13

In re :  Jacob Allen Siefert,

Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the following in the manner stated below:

1.  **Served by the Court via Notice of Electronic Filing (NEF):**  I have confirmed that the foregoing document was served by the Court via NEF on March 8, 2024, to the following person(s) at the email address(es) noted herein:

Reka Beane on behalf of Creditor LoanDepot.com, LLC
Reka.Beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Leigh A. Duncan
ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

Toni Townsend on behalf of Creditor LoanDepot.com, LLC
toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

2.  **Served by U.S. Mail:**  The foregoing document was served by first class, postage prepaid, U.S. Mail on March 8, 2024, to:

loanDepot.com, LLC
5465 Legacy Drive, Suite 400
Plano, TX 75024

/s/ India Footman
India Footman, Esq.
*Attorney for Debtor*

FORM nhgnrlp (Rev. 10/20)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

In Re: Jacob Allen Siefert
     SSN/ITIN: xxx–xx–3315
     Debtor

Bankruptcy Case No.:  23–40403–KKS

Chapter:  13
Judge:  Karen K. Specie

### Notice of Non–Evidentiary Hearing

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on March 27, 2024, at 09:30 AM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

    *37* – Motion for Referral to Mortgage Modification Mediation with Lender loanDepot.com, LLC, Account No(s) 8093, on property located at 1161 Ocala Road, Tallahassee, FL 32304 Filed by India Footman on behalf of Jacob Allen Siefert. (Footman, India)

Dated: March 4, 2024

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** India Footman shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.