UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

Jacob Allen Siefert,                        Case No.: 23-40403-KKS
                                                                    Chapter: 13

       Debtor(s).
_____/

## LENDER'S MOTION TO VACATE ORDER GRANTING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION [DOC. 41]

LoanDepot.com, LLC, its successors and assigns ("**Lender**"), by and through undersigned counsel, moves to vacate the Order Granting Motion for Referral to Mortgage Modification Mediation [Doc. 41] ("**Mediation Order**") on the basis of Debtor(s)' non-compliance with the Mediation Order and in support states:

1. On October 13, 2023, the Debtor(s) commenced this case by the filing of a voluntary Chapter 13 petition.

2. Lender holds a mortgage lien against Debtor(s)' real property located at 1504 Sharon Road, Tallahassee, Florida 32303.

3. Lender holds Claim No. 3, evidencing a total debt claim in the amount of $285,172.56, pre-petition arrearage in the amount of $64,600.50 and total post-petition monthly payment of $1,511.25.

4. On March 3, 2024, the Debtor(s) moved to direct Lender to participate in mortgage modification mediation <u>listing the incorrect property address on the motion</u>. On March 25, 2024, the Mediation Order was entered directing Lender to participate in mortgage modification mediation.

5. Lender is registered on the Portal.

6. According to the Mediation Order ¶ 10, Debtor(s) shall open the Portal, upload a copy of the Mediation Order and submit all documents and financial information within seven days after confirming that the Lender is registered on the MMM Portal.

7. As of June 26, 2024, the Debtor(s) has not opened the loan on the Portal or otherwise complied with ¶ 10. As such, Lender has not been able to proceed with mortgage modification review.

8. Lender seeks reconsideration of the Mediation Order and objects to participating in mediation with Debtor(s) on the basis that the Lender seeks clarification with respect to the property address and there has been a three (3) month delay caused by the Debtor(s) in complying with the Mediation Order.

9. Lender opposes being further delayed and requests that Debtor(s) amend her Chapter 13 Plan to surrender the Property or conform to Lender's Claim No. 3.

10. Lender has incurred additional attorney's fees of $650.00 as a result of having to file this motion and seeks that the amount is recoverable.

WHEREFORE, the Lender requests that the Court enter an order vacating the Mediation Order, and for such other and further relief as the Court deems just and proper.

Dated: July 3, 2024        McCalla Raymer Leibert Pierce, LLC

By:    /s/*Reka Beane*
Reka Beane, Esq.
Florida Bar No. 52919
Attorney for Lender
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: (954) 332-9370
Fax: (312) 803-9663
Email: Reka.Beane@mccalla.com

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served on July 3, 2024 to all parties listed below.

By U.S. Mail, First Class to:

Jacob Allen Siefert
1161 Ocala Road
Tallahassee, FL 32304

By Electronic Notice via CM/ECF to:

India Footman
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Email: indiafootman@footmanlaw.com

Trustee
Leigh A. Duncan
Leigh A. Duncan
Post Office Box 646
Tallahassee, FL 32302
Email: ldhdock@earthlink.net

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301
Email: USTPRegion21.TL.ECF@usdoj.gov

By:    */s/Reka Beane*
　　　　Reka Beane, Esq.