UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                    Case No.: 23-40403-KKS
                                                          Chapter: 13

Jacob Allen Siefert,
     Debtor.
_____/

**CERTIFICATE OF SERVICE AND**
**<u>CERTIFICATE OF COMPLANCE WITH LOCAL RULE 9073-1(D)</u>**

     I certify that a true and correct copy of the Notice of Hearing [Doc. No. 45] was served as follows:

<u>By First Class U.S. Mail to</u>:

     Jacob Allen Siefert
     1161 Ocala Road
     Tallahassee, FL 32304

<u>By Electronic Notice to</u>:

     India Footman, Esq
     1345 Cross Creek Circle
     Tallahassee, FL 32301

     Trustee
     Leigh A. Duncan
     PO Box 646
     Tallahassee, FL 32302

     U.S. Trustee
     Office of the US Trustee
     110 E. Park Avenue
     Suite 128
     Tallahassee, FL 32301

     I further certify that I have conferred with opposing counsel in an attempt to resolve these

issues without a hearing.

Dated:  July 9, 2024			Respectfully submitted by

<div style="margin-left: 3em;">

<u>*/s/Reka Beane*</u>
Reka Beane, Esq.
Attorney for Secured Creditor
Florida Bar. No. 52919
McCalla Raymer Leibert Pierce, LLC
110 Southeast 6th Street
Suite 2400
Fort Lauderdale, FL 33301
Telephone:  (954) 332-9370
Fax:  (954) 332-9370
Reka.Beane@mccalla.com

</div>