UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                              Case No.: 23-40403-KKS
                                                                    Chapter: 13

Jacob Allen Siefert,
    Debtor.
_____/

CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLANCE WITH LOCAL RULE 9073-1(D)

    I certify that a true and correct copy of the Notice of Hearing [Doc. No. 46] was served as follows:

By First Class U.S. Mail to:

    Jacob Allen Siefert
    1161 Ocala Road
    Tallahassee, FL 32304

By Electronic Notice to:

    India Footman, Esq
    1345 Cross Creek Circle
    Tallahassee, FL 32301
    indiafootman@footmanlaw.com

    Trustee
    Leigh A. Duncan
    PO Box 646
    Tallahassee, FL 32302
    ldhdock@earthlink.net

    U.S. Trustee
    Office of the US Trustee
    110 E. Park Avenue
    Suite 128
    Tallahassee, FL 32301
    USTPRegion21.TL.ECF@usdoj.gov

I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

Dated:  July 18, 2024            Respectfully submitted by

            <u>/s/Reka Beane</u>
            Reka Beane, Esq.
            Attorney for Secured Creditor
            Florida Bar. No. 52919
            McCalla Raymer Leibert Pierce, LLC
            110 Southeast 6th Street
            Suite 2400
            Fort Lauderdale, FL 33301
            Telephone:  (954) 332-9370
            Fax:  (954) 332-9370
            Reka.Beane@mccalla.com