UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

                                        Case No.: 23-40403-KKS

Jacob Allen Siefert,                     Chapter: 13

      Debtor(s).

_____/

**ORDER GRANTING *LENDER'S MOTION TO VACATE ORDER GRANTING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION [DOC. 41]* (ECF No. 45)**

THIS CASE is before the Court upon the *Lender's Motion to Vacate the Order Granting Motion for Referral to Mortgage Modification Mediation [Doc. 41]* ("Motion to Vacate," ECF No. 45) filed by LoanDepot.com, LLC, its successors and assigns. Having reviewed the Motion to Vacate and the record, and noting no objections having been filed, it is

**ORDERED:**

1. The Motion to Vacate (ECF No. 45) is GRANTED.

2. The *Order Granting Motion for Referral to Mortgage Modification Mediation* (ECF No. 41) is VACATED.

3. The Debtor shall file an amended Chapter 13 Plan within 14 days from the date of entry of this Order that conforms to Claim No. 3 or surrenders the real property located at 1504 Sharon Road, Tallahassee, Florida 32303.

4.  The hearing on the Motion to Vacate, currently scheduled for August 8, 2024, is CANCELED.

**DONE AND ORDERED** on ___August 2, 2024_____.

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

*Order prepared by:* (Modified in Chambers)
Reka Beane, Esq.
Florida Bar No. 52919
Attorney for Lender
McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: (954) 332-9370
Fax: (312) 803-9663
Email: Reka.Beane@McCalla.com

*Service:* Attorney Reka Beane is directed to serve a copy of this order on interest parties and file a certificate of service within three (3) business day of entry of the order.