UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re

Jacob Allen Siefert                                                      Case No.:  23-40403-KKS
                                                                                        Chapter:  13
       Debtors
_____/

## CERTIFICATE OF SERVICE

I CERTIFY that I have caused to be served a true and correct copy of the Order Granting Lender's Motion to Vacate Order Granting Motion for Referral to Mortgage Modification Mediation

By U.S. Mail, First Class to:

Jacob Allen Siefert
1161 Ocala Road
Tallahassee, FL 32304

By CM/ECF Electronic Notice to:

India Footman, Debtor's Attorney
indiafootman@footmanlaw.com

Leigh Duncan Glidewell, Trustee
ldhdock@earthlink.net

U.S. Trustee
Email:  USTPRegion21.TL.ECF@usdoj.gov

Dated: August 2, 2024                           McCalla Raymer Leibert Pierce, LLC

      By:                                  */s/ Reka Beane*
                                              Reka Beane, Esq.
                                              Florida Bar No. 52919
                                              Attorney for Cenlar FSB
                                              110 S.E. 6th Street, Suite 2400
                                              Ft. Lauderdale, FL 33301
                                              Phone: (954) 332-9370
                                              Fax: (312) 803-9663
                                              Email: Reka.Beane@mccalla.com