UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 23-40403-KKS

In re: Jacob Allen Siefert,                                Chapter 13

    Debtor.
_____/

## **OPERATING REPORTS**

Debtor, Jacob Allen Siefert, hereby files the operating reports for self-employed income.

- January 2024 - $0.00
- February 2024 - $0.00
- March 2024 - $0.00
- April 2024 - $0.00
- May 2024 - $1,000.00
- June 2024 - $1,000.00
- July 2024 - $2,430.00
- August 2024 - $2,360.00

Dated: September 10, 2024                                          RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the forgoing was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on September 10, 2024, to the following person(s) at the email address(es) noted herein:

    Leigh A. Duncan
    ldhdock@earthlink.net , ldhtre@earthlink.net; ldhadmin@earthlink.net

    United States Trustee
    USTPRegion21.TL.ECF@usdoj.gov

/s/ India Footman
India Footman, Esq.
*Attorney for Debtor*
