FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Jacob Allen Siefert
    SSN/ITIN: xxx–xx–3315
     Debtor

Bankruptcy Case No.: 23–40403–KKS

Chapter: 13
Judge: Karen K. Specie

## Notice of Non–Evidentiary Hearing

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on October 31, 2024, at 09:30 AM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location: via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

    *57* – Motion to Dismiss Case for Failure to Propose a Confirmable Plan Filed by Trustee Leigh A. Duncan ECF Calculated Deadline: 10/2/2024. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Duncan, Leigh)

Dated: September 16, 2024

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Leigh Duncan shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.