FLNB Local Form 13 (Rev. 08/11)

# United States Bankruptcy Court
## Northern District of Florida

In re **Jacob Allen Siefert**  
Debtor(s)

Case No. **23-40403-KKS**  
Chapter **13**

## PRE-CONFIRMATION STATEMENT REGARDING INDIVIDUAL DEBTOR'S DOMESTIC SUPPORT OBLIGATIONS AND FILING OF TAX RETURNS, AS APPLICABLE, PURSUANT TO CODE AND RULE REQUIREMENTS

NOTICE IS HEREBY given that

A. Pursuant to Local Rule 3015-1, the debtor(s) make(s) the following certification(s) as to domestic support obligations:

- [✔] The **debtor** is not required to pay any amounts under a domestic support obligation; OR
- [ ] The **joint debtor**, if applicable, is not required to pay any amounts under a domestic support obligation; OR
- [ ] All amounts to be paid by the **debtor** under a domestic support obligation that first became payable after the date of the filing of the petition, if the debtor is required by a judicial or administrative order or by statute to pay such domestic support obligation, have been paid. *Provide the following information:*
  Debtor's Current Address:
  **1161 Ocala Road**
  **Tallahassee, FL 32304-0000**

  Debtor's Employer & Employer's Address:
  **Courtroom Accountablility Project**
  **3425 Bannerman Rd., Suite 164**
  **Tallahassee, FL 32312-0000**

- [ ] All amounts to be paid by the **joint debtor**, if applicable, under a domestic support obligation that first became payable after the date of the filing of the petition, if the debtor is required by a judicial or administrative order or by statute to pay such domestic support obligation, have been paid. *Provide the following information*:
  Joint Debtor's Current Address:
  ,

  Joint Debtor's Employer & Employer's Address:
  **Rhizome Action Network, Inc.**
  **1403 NE 82nd St.**
  **Seattle, WA 98115-0000**

B. pursuant to 11 U.S.C. § 1325(a)(9), if applicable, the chapter 13 debtor(s) certifies that:

- [✔] The **debtor** has filed all Federal, State and local tax returns as required by § 1308.
- [ ] The **joint debtor**, if applicable, has filed all Federal, State and local tax returns as required by § 1308.

I/We declare under penalty of perjury that the foregoing is true and correct.

**/s/ Jacob Allen Siefert**  
Debtor's Signature

**October 9, 2024**  
Date

_____  
Joint Debtor's Signature

_____  
Date