UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 23-40403-KKS

In re: Jacob Allen Siefert                                Chapter 13

   Debtor.

_____/

## RESPONSE TO CHAPTER 13 TRUSTEE'S OBJECTION(S) TO CONFIRMATION

Debtor, through undersigned counsel, responds to the Chapter 13 Trustee's Objection(s) to Confirmation and states the following:

1. Debtor has filed Amended Schedules A/B and C. Debtor does not have an ownership interest in the property addressed as 1161 Ocala Rd, Tallahassee, Florida; said property was a home that debtor was a tenant in prior to purchasing his current homestead property.

2. Debtor's correct address is 1504 Sharon Rd, Tallahassee, FL 32303; this is Debtor's homestead property as he currently resides in said property with his non-filing spouse. Debtor has rented a room in his home to generate border income but Debtor has always resided on said property since its purchase in 2020.

3. Debtor has no ownership interest in the property addressed as 9217 Hampton Glen Court, Tallahassee, Florida; said property is owned by Debtor's in-laws (non-filing spouse's parents).

4. Debtor has no interest in the property addressed as 4227 Dacca Drive, Houston, Texas; said property is owned by Debtor's in-laws (non-filing spouse's parents).

5. Debtor has not prepared the 2023 Income Tax Return. Debtor requested an extension to file his 2023 income tax return and said extension form has been provided to the trustee.

6. Debtor does not currently receive any rental income. Prior to filing the instant case, Debtor has a border/tenant renting a room. That tenant has moved out.

7. Debtor is a board member of The Courtroom Accountability Project but does not have an ownership interest in the business. Debtor is a private investor for the business as disclosed on the schedules. Debtor is not privy to the business's financial records.

8. Debtor will provide proof of the utility and automotive expenses to the trustee.

WHEREFORE, Debtor request and Order overruling the trustee's objection to confirmation and request that an order confirming the last filed plan be entered.

Dated: October 9, 2024                                     RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1695 Metropolitan Circle, Suite 3
Tallahassee, FL 32308
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905
*Attorney for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on October 9, 2024 to the following person(s) at the email address(es) noted herein:

   Leigh A. Duncan
   ldhdock@earthlink.net , ldhtre@earthlink.net;ldhadmin@earthlink.net

   United States Trustee
   USTPRegion21.TL.ECF@usdoj.gov

        /s/ India Footman
        India Footman, Esq.
        *Attorney for Debtor*