UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 23-40403-KKS

In re: Jacob Allen Siefert,                                          Chapter 13

Debtor.

_____/

**OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

Debtor, through undersigned counsel, files this Objection to Chapter 13 Trustee's Motion to Dismiss and states the following:

1. Debtor has not engaged in a bad faith filing. At the time of filing, Debtor had not updated their home address on their driver's license as it listed an address that Debtor was a tenant in prior to purchasing his homestead property.

2. Debtor has filed Amended Schedules A/B and C. Debtor does not have an ownership interest in the property addressed as 1161 Ocala Rd, Tallahassee, Florida; said property was a home that debtor was a tenant in prior to purchasing his current homestead property.

3. Debtor's correct address is 1504 Sharon Rd, Tallahassee, FL 32303; this is Debtor's homestead property as he currently resides in said property with his non-filing spouse. Debtor has rented a room in his home to generate border income, but Debtor has always resided on said property since its purchase in 2020.

4. Debtor has no ownership interest in the property addressed as 9217 Hampton Glen Court, Tallahassee, Florida; said property is owned by Debtor's in-laws (non-filing spouse's parents).

5.  Debtor has no interest in the property addressed as 4227 Dacca Drive, Houston, Texas; said property is owned by Debtor's in-laws (non-filing spouse's parents).

6.  Debtor has not prepared the 2023 Income Tax Return. Debtor requested an extension to file his 2023 income tax return and said extension form has been provided to the trustee.

7.  Debtor does not currently receive border income. Prior to filing the instant case, Debtor had a border/tenant renting a room. That tenant has moved out.

8.  Debtor is a board member of The Courtroom Accountability Project but does not have an ownership interest in the business. Debtor is a private investor for the business as disclosed on the schedules. Debtor is not privy to the business's financial records.

9.  Debtor will provide proof of the utility and automotive expenses to the trustee.

10. Debtor's last filed plan is confirmable. Counsel has conferred with counsel for the objecting mortgage creditor for LoanDepot, and the last filed plan resolves their objection to confirmation.

WHEREFORE, Debtor respectfully requests that this court deny Chapter 13 Trustee's Motion to Dismiss and for such other relief this Court deems just and proper.

Dated: October 9, 2024                               RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905

<u>**CERTIFICATE OF SERVICE**</u>

1. **Served by the Court via Notice of Electronic Filing (NEF):**  I have confirmed that the foregoing document was served by the Court via NEF on October 9, 2024

   Leigh A. Duncan
   ldhdock@earthlink.net, ldhtre@earthlink.net, ldhadmin@earthlink.net

   United States Trustee
   USTPRegion21.TL.ECF@usdoj.gov

                                        RESPECTFULLY SUBMITTED,


                                        /s/ India Footman
                                        India Footman, Esq.