UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re : Jacob Allen Siefert,

CASE NO.: 23-40403-KKS
Chapter 13

Debtors.
_____/

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given to amend the Court's records to reflect a change of mailing address for the Debtor.

Old Address   Jacob Allen Siefert
                 1161 Ocala Road
                 Tallahassee, FL 32304

New Address Jacob Allen Siefert
                 1502 Sharon Road
               Tallahassee, FL 32303

Dated February 11, 2025

**RESPECTFULLY SUBMITTED,**

/s/ India Footman

India Footman, Esq.
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on February 11, 2025, to the following person(s) at the email address(es) noted herein:

   Leigh A. Duncan
   ldhdock@earthlink.net , ldhtre@earthlink.net; ldhadmin@earthlink.net

   United States Trustee USTP.Region21.OR.ECF@usdoj.gov

2. Served by U.S. Mail: The foregoing document was served by first class, postage prepaid, U.S. Mail on February 11, 2025, to:

   Attached Matrix

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 23-40403-KKS<br>Northern District of Florida<br>Tallahassee<br>Tue Feb 11 11:18:52 EST 2025 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| LoanDepot.com, LLC<br>c/o Reka Beane<br>225 E ROBINSON ST STE 155<br>Orlando, FL 32801-4326 | Jacob Allen Siefert<br>1161 Ocala Road<br>Tallahassee, FL 32304-1660 | (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 |
| U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE<br>Ste. 900<br>Atlanta, GA 30326-1382 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | City of Tallahassee Utilities<br>435N Macomb Street #116<br>Tallahassee, FL 32301-1051 |
| Dfas-de<br>Dfas-de/fydb<br>Denver, CO 80279 | Discover Bank<br>P.O. Box 3025<br>New Albany OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Doris Maloy, Leon County Tax Collector<br>Attn: Tia Stanley<br>P.O. Box 1835<br>Tallahassee, FL 32302-1835 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Loan Depot<br>Attn: Bankruptcy<br>4800N Scottsdale Rd, Ste 1400<br>Scottsdale, AZ 85251-7632 |
| LoanDepot<br>Attn: Bankruptcy<br>26642 Towne Center<br>Foothill Ranch, CA 92610-2808 | USAA Saving Bank<br>10750 Mc Dermott Fwy.<br>San Antonio, TX 78288-1600 | loanDepot.com, LLC<br>Bankruptcy Department<br>5465 Legacy Drive, Suite 400<br>Plano, TX 75024-3192 |
| United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | (p)LEIGH A  DUNCAN<br>ATTN CHAPTER 13 BANKRUPTCY TRUSTEE<br>P O BOX 646<br>TALLAHASSEE FL 32302-0646 | Merrick B. Garland +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 |
| Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Reka Beane +<br>Mccalla Raymer Leibert Pierce, LLC<br>225 E ROBINSON ST STE 155<br>Orlando, FL 32801-4326 | India Footman +<br>Footman Law Firm, P.A.<br>1345 Cross Creek Circle<br>Tallahassee, FL 32301-3729 |
| Toni Townsend +<br>McCalla Raymer Pierce, LLC<br>1 N. Dearborn<br>Suite 1300<br>Chicago, IL 60602-4321 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | Citizens One<br>Attn: Bankruptcy<br>One Citizens Plaza<br>Providence, RI 02903 | Leigh A. Duncan +<br>Leigh A. Duncan<br>Post Office Box 646<br>Tallahassee, FL 32302 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)LoanDepot.com, LLC | (d)Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     2<br>Total                  26 |