UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                              CASE NO. 23-40403-KKS
                                                    CHAPTER 13

JACOB ALLEN SIEFERT


_____Debtor_____/

**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

> **NOTICE OF OPPORTUNITY TO
> OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
>
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh A. Duncan, at Post Office Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW,** LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on October 13, 2023.

2. The Plan provides for regular mortgage payments to be made through the Plan.

3. The Notice of Mortgage Payment Change filed on August 18, 2025 reflects an increase in the monthly mortgage payment to $1,885.94 effective November 1, 2025, which significantly increases the total amount of the mortgage claim.  The Plan base is no longer sufficient to provide the required minimum distribution to the unsecured creditors.

4. The Debtor(s) has failed to file a Motion to Modify and Modified Plan or any Notice of Plan Payment Change to address the increase in the regular monthly mortgage payment and total claim to be paid through the Plan.

5. The Debtor(s) should have paid a total of $49,225.00 to the Trustee; however, the Debtor(s) has only paid $47,025.00 to the Trustee. Therefore, the Debtor(s) is delinquent as evidenced by a copy of the receipts attached.

Sufficient cause exists to dismiss this case.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL  32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

JACOB ALLEN SIEFERT
1502 SHARON ROAD
TALLAHASSEE, FL 32303

AND

INDIA FOOTMAN
FOOTMAN LAW FIRM, P. A.
1345 CROSS CREEK CIRCLE
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE

**EXHIBIT "A"**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | | **AMOUNT** |
|---|---|---|
| Dec 27, 2023 | M.O. | $500.00 |
| Dec 27, 2023 | M.O. | $500.00 |
| Dec 27, 2023 | M.O. | $500.00 |
| Dec 27, 2023 | M.O. | $175.00 |
| Feb 16, 2024 | M.O. | $175.00 |
| Feb 16, 2024 | M.O. | $500.00 |
| Feb 16, 2024 | M.O. | $500.00 |
| Feb 16, 2024 | M.O. | $500.00 |
| Feb 26, 2024 | M.O. | $350.00 |
| Feb 26, 2024 | M.O. | $500.00 |
| Feb 26, 2024 | M.O. | $500.00 |
| Feb 26, 2024 | M.O. | $500.00 |
| Feb 26, 2024 | M.O. | $500.00 |
| Feb 26, 2024 | M.O. | $500.00 |
| Feb 26, 2024 | M.O. | $500.00 |
| Mar 15, 2024 | M.O. | $175.00 |
| Mar 15, 2024 | M.O. | $500.00 |
| Mar 15, 2024 | M.O. | $500.00 |
| Mar 15, 2024 | M.O. | $500.00 |
| Apr 15, 2024 | M.O. | $175.00 |
| Apr 15, 2024 | M.O. | $500.00 |
| Apr 15, 2024 | M.O. | $500.00 |
| Apr 15, 2024 | M.O. | $500.00 |
| May 15, 2024 | M.O. | $175.00 |
| May 15, 2024 | M.O. | $500.00 |
| May 15, 2024 | M.O. | $500.00 |
| May 15, 2024 | M.O. | $500.00 |
| Jun 17, 2024 | M.O. | $175.00 |
| Jun 17, 2024 | M.O. | $500.00 |
| Jun 17, 2024 | M.O. | $500.00 |
| Jun 17, 2024 | M.O. | $500.00 |
| Jul 17, 2024 | M.O. | $175.00 |
| Jul 17, 2024 | M.O. | $500.00 |

## EXHIBIT "A"
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| DATE | | AMOUNT |
|---|---|---|
| Jul 17, 2024 | M.O. | $500.00 |
| Jul 17, 2024 | M.O. | $500.00 |
| Aug 19, 2024 | M.O. | $175.00 |
| Aug 19, 2024 | M.O. | $500.00 |
| Aug 19, 2024 | M.O. | $500.00 |
| Aug 19, 2024 | M.O. | $500.00 |
| Sep 18, 2024 | M.O. | $175.00 |
| Sep 18, 2024 | M.O. | $500.00 |
| Sep 18, 2024 | M.O. | $500.00 |
| Sep 18, 2024 | M.O. | $500.00 |
| Oct 21, 2024 | M.O. | $175.00 |
| Oct 21, 2024 | M.O. | $500.00 |
| Oct 21, 2024 | M.O. | $500.00 |
| Oct 21, 2024 | M.O. | $500.00 |
| Nov 18, 2024 | M.O. | $175.00 |
| Nov 18, 2024 | M.O. | $500.00 |
| Nov 18, 2024 | M.O. | $500.00 |
| Nov 18, 2024 | M.O. | $500.00 |
| Nov 27, 2024 | M.O. | $500.00 |
| Nov 27, 2024 | M.O. | $500.00 |
| Nov 27, 2024 | M.O. | $50.00 |
| Dec 18, 2024 | M.O. | $500.00 |
| Dec 18, 2024 | M.O. | $500.00 |
| Dec 18, 2024 | M.O. | $500.00 |
| Dec 18, 2024 | M.O. | $500.00 |
| Dec 18, 2024 | M.O. | $200.00 |
| Jan 29, 2025 | M.O. | $200.00 |
| Jan 29, 2025 | M.O. | $500.00 |
| Jan 29, 2025 | M.O. | $500.00 |
| Jan 29, 2025 | M.O. | $500.00 |
| Jan 29, 2025 | M.O. | $500.00 |
| Feb 25, 2025 | M.O. | $200.00 |
| Feb 25, 2025 | M.O. | $500.00 |

**EXHIBIT "A"**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | | **AMOUNT** |
|---|---|---|
| Feb 25, 2025 | M.O. | $500.00 |
| Feb 25, 2025 | M.O. | $500.00 |
| Feb 25, 2025 | M.O. | $500.00 |
| Mar 24, 2025 | P.C. | $2,200.00 |
| May 09, 2025 | M.O. | $200.00 |
| May 09, 2025 | M.O. | $500.00 |
| May 09, 2025 | M.O. | $500.00 |
| May 09, 2025 | M.O. | $500.00 |
| May 09, 2025 | M.O. | $500.00 |
| May 28, 2025 | M.O. | $500.00 |
| May 28, 2025 | M.O. | $200.00 |
| May 28, 2025 | M.O. | $500.00 |
| May 28, 2025 | M.O. | $500.00 |
| May 28, 2025 | M.O. | $500.00 |
| Jul 07, 2025 | M.O. | $200.00 |
| Jul 07, 2025 | M.O. | $500.00 |
| Jul 07, 2025 | M.O. | $500.00 |
| Jul 07, 2025 | M.O. | $500.00 |
| Jul 07, 2025 | M.O. | $500.00 |
| Jul 25, 2025 | M.O. | $200.00 |
| Jul 25, 2025 | M.O. | $500.00 |
| Jul 25, 2025 | M.O. | $500.00 |
| Jul 25, 2025 | M.O. | $500.00 |
| Jul 25, 2025 | M.O. | $500.00 |
| Sep 02, 2025 | M.O. | $500.00 |
| Sep 02, 2025 | M.O. | $500.00 |
| Sep 02, 2025 | M.O. | $500.00 |
| Sep 02, 2025 | M.O. | $500.00 |
| Sep 02, 2025 | M.O. | $200.00 |
| Oct 06, 2025 | M.O. | $500.00 |
| Oct 06, 2025 | M.O. | $500.00 |
| Oct 06, 2025 | M.O. | $500.00 |
| Oct 06, 2025 | M.O. | $500.00 |

**EXHIBIT "A"**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | | **AMOUNT** |
|---|---|---|
| Oct 06, 2025 | M.O. | $200.00 |
| Nov 06, 2025 | M.O. | $200.00 |
| Nov 06, 2025 | M.O. | $500.00 |
| Nov 06, 2025 | M.O. | $500.00 |
| Nov 06, 2025 | M.O. | $500.00 |
| Nov 06, 2025 | M.O. | $500.00 |
| | TOTAL AMOUNT PAID: | **47,025.00** |