UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 23-40403-KKS

In re: Jacob Allen Siefert,                                  Chapter 13

    Debtor.

_____/

### OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

Debtor, through undersigned counsel, files this Objection to Chapter 13 Trustee's Motion to Dismiss and states the following:

1. Debtor has mailed the delinquent payment to the trustee. Once posted, Debtor will be current on plan payments.

2. Debtor will move to modify the plan to address the notice of mortgage payment change.

WHEREFORE, Debtor respectfully requests that this court deny Chapter 13 Trustee's Motion to Dismiss and for such other relief this Court deems just and proper.

Dated: December 16, 2025                                       RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905

## CERTIFICATE OF SERVICE

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on December 16, 2025.

    Leigh A. Duncan
    ldhdock@earthlink.net, ldhtre@earthlink.net, ldhadmin@earthlink.net

    United States Trustee
    USTPRegion21.TL.ECF@usdoj.gov

                                              RESPECTFULLY SUBMITTED,

                                              /s/ India Footman
                                              India Footman, Esq.